**Fill in this information to identify the case:**

Debtor name: NWon, LLC

United States Bankruptcy Court for the: District of Delaware (state)

Case number (if known): Unknown

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    4/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From MM/DD/YYYY | to Filing Date | ☐ Operating a business<br>☐ Other _____ | $ - |
| For prior year: | From MM/DD/YYYY | to MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $ - |
| For the year before that: | From MM/DD/YYYY | to MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $ - |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From MM/DD/YYYY | to Filing Date | _____ | $ - |
| For prior year: | From MM/DD/YYYY | to MM/DD/YYYY | _____ | $ - |
| For the year before that: | From MM/DD/YYYY | to MM/DD/YYYY | _____ | $ - |

Debtor _____NWon, LLC_____     Case number (if known) _____Unknown_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

Debtor  NWon, LLC  Case number (if known)  Unknown

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor _____NWon, LLC_____    Case number (if known) __Unknown__

# Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- [x] No. Go to Part 9.
- [ ] Yes. Fill in the information below.

# Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- [x] No. Go to Part 9.
- [ ] Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    - [ ] No
    - [ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- [x] None

# Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- [x] None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- [x] None

| | | | |
|---|---|---|---|
| Debtor | NWon, LLC | Case number (if known) | Unknown |

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

- ☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ☑ No
- ☐ Yes. Provide details below.

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

- ☑ No
- ☐ Yes. Provide details below.

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

- ☑ No
- ☐ Yes. Provide details below.

Debtor _____NWon, LLC_____ Case number (if known) ___Unknown___

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

See SOFA Part 13, Question 25

**26. Books, Records, and Financial Statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

See SOFA Part 13, Question 26a

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

See SOFA Part 13, Question 26b

| Debtor | NWon, LLC | Case number (if known) | Unknown |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

See SOFA Part 13, Question 26c

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

See SOFA Part 13, Question 26d

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☑ None

Debtor _____NWon, LLC_____    Case number (if known) ___Unknown___

---

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ None
☑ Yes. Identify below.

See SOFA Part 13, Question 29

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ None
☐ Yes. Identify below.

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ None
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ None
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

---

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___[illegible date]___

✗ ___[illegible signature]___    Printed name ___[illegible]___
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___[illegible]___

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**
☐ No
☑ Yes

**SOFA Part 2, Question 4**  **All Entities**
Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders                                                                                                                        Various

| Debtor Entity Name | Relationship to Debtor | Insider Name | Address | City | State | Zip | Date of Payment | Total Amount | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/13/2023 | 934.83 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/7/2023 | 547.27 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/7/2023 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/7/2023 | 6,250.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2023 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2023 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2023 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/9/2023 | 925.71 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/28/2023 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/28/2023 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/28/2023 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/24/2023 | 1,163.99 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/10/2023 | 894.81 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/31/2023 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/31/2023 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/31/2023 | 48,000.00 | OIP |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/31/2023 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/30/2023 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/27/2023 | 456.45 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/13/2023 | 1,865.48 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/31/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/31/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/28/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/16/2022 | 3,368.47 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/9/2022 | 3,274.70 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/30/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/30/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/30/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/29/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/18/2022 | 2,201.31 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/4/2022 | 2,969.72 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/31/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/31/2022 | 45,300.00 | OIP |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/31/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/28/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/21/2022 | 4,508.97 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/7/2022 | 3,345.11 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/28/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/16/2022 | 2,410.53 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/31/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/31/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/29/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/19/2022 | 3,008.49 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/31/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/31/2022 | 66,129.00 | OIP |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/31/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/28/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/22/2022 | 1,795.23 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/30/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/30/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/30/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/29/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/24/2022 | 1,634.54 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/31/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/31/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/31/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/27/2022 | 2,548.53 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/30/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/30/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/30/2022 | 75,000.00 | OIP |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/30/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/28/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/22/2022 | 1,635.12 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 2,345.42 | Car Allowance |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 25,000.00 | Regular Salary |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 3,919.01 | Taxable Benefit |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/29/2022 | 4,000.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | President/CEO | Gaby Saliby | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/18/2022 | 2,210.22 | Expense Reimbursement |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/26/2023 | 90,000.00 | Consulting Fee |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/15/2023 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/15/2023 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2023 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2023 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/15/2023 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/15/2023 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/28/2023 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/28/2023 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/15/2023 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/15/2023 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/31/2023 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/31/2023 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/20/2023 | 555.63 | Expense Reimbursement |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/15/2023 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/15/2023 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/15/2023 | 28,000.00 | SGI |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/31/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/31/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/15/2022 | 26,861.82 | Taxable Benefit |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/30/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/30/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/31/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/31/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/15/2022 | 20,500.00 | SGI |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/15/2022 | 4,959.60 | Taxable Benefit |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/2/2022 | 2,841.80 | Expense Reimbursement |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/31/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/31/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/31/2022 | 10.75 | GTL |

**SOFA Part 2, Question 4**  
Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

All Entities  
Various

| Debtor Entity Name | Relationship to Debtor | Insider Name | Address | City | State | Zip | Date of Payment | Total Amount | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/31/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/15/2022 | 37,500.00 | SGI |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/30/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/30/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/31/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/31/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/30/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/30/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/15/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/15/2022 | 37,500.00 | SGI |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 959.49 | Car Allowance |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 10,416.67 | Regular Salary |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/15/2022 | 959.49 | Car Allowance |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/15/2022 | 10.75 | GTL |
| 7695 Dissolution, Inc. | President/Treasurer/Secretary | Mark Baysinger | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/15/2022 | 10,416.67 | Regular Salary |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/19/2023 | 828.86 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/23/2023 | 1,225.04 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/14/2023 | 657.95 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/10/2023 | 71.46 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/15/2023 | 1,113.03 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/15/2023 | 2,705.81 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 2/15/2023 | 32.95 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/27/2023 | 1,308.97 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/27/2023 | 120.95 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/27/2023 | 577.94 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/21/2023 | 21.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/21/2023 | 2,697.50 | Regular Salary |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/20/2023 | 2,932.56 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/20/2023 | 52.98 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/13/2023 | 3,265.67 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/13/2023 | 31.96 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/13/2023 | 2,931.91 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/6/2023 | 3,842.58 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/6/2023 | 53.97 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 1/6/2023 | 710.14 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/31/2022 | 3,956.34 | Regular Salary |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/30/2022 | 120.95 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/30/2022 | 4,773.14 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/30/2022 | 546.84 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/30/2022 | 517.18 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/23/2022 | 1,903.29 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/23/2022 | 4,872.02 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/23/2022 | 211.92 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/16/2022 | 4,631.18 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/16/2022 | 1,064.93 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/16/2022 | 4,685.08 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/16/2022 | 105.96 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/9/2022 | 7,144.75 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/9/2022 | 1,148.04 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/9/2022 | 990.12 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/2/2022 | 4,638.26 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/2/2022 | 191.88 | Expense Reimbursement |
| 2816 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 12/2/2022 | 671.06 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/30/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/30/2022 | 3,956.34 | Regular Salary |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/25/2022 | 8,221.10 | Expense Reimbursement |
| 2816 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/18/2022 | 3,422.72 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/18/2022 | 827.37 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/18/2022 | 6,548.57 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/18/2022 | 2,547.15 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/10/2022 | 2,233.97 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/10/2022 | 31.96 | Expense Reimbursement |
| 2816 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/10/2022 | 5,269.27 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/10/2022 | 21,445.01 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/4/2022 | 270.87 | Expense Reimbursement |
| 2816 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/4/2022 | 11,913.18 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/4/2022 | 3,610.26 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/4/2022 | 6,930.39 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/31/2022 | 3,956.34 | Regular Salary |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/28/2022 | 3,348.62 | Expense Reimbursement |
| 2816 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/28/2022 | 7,753.07 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/28/2022 | 6,308.03 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/28/2022 | 369.95 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/28/2022 | 5,329.71 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/28/2022 | 665.69 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/21/2022 | 7,200.27 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/21/2022 | 1,096.89 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/14/2022 | 2,217.97 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/14/2022 | 7,168.34 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/14/2022 | 984.33 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/14/2022 | 1,360.94 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/7/2022 | 6,817.37 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/7/2022 | 96.93 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/7/2022 | 221.66 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/7/2022 | 1,240.52 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 3,956.34 | Regular Salary |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 15,054.07 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 120.95 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 671.79 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/30/2022 | 167.80 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/20/2022 | 1,064.93 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/20/2022 | 37.99 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/20/2022 | 9,379.91 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/20/2022 | 842.03 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/20/2022 | 500.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/9/2022 | 1,996.77 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/9/2022 | 16,594.45 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/9/2022 | 15,431.34 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 9/9/2022 | 1,377.81 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/31/2022 | 3,956.34 | Regular Salary |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/26/2022 | 22,975.33 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/26/2022 | 1,971.29 | Expense Reimbursement |
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/26/2022 | 120.95 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/26/2022 | 16,662.74 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/18/2022 | 6,010.86 | Expense Reimbursement |
| 2816 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/18/2022 | 504.72 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/18/2022 | 1,581.62 | Expense Reimbursement |

**SOFA Part 2, Question 4**  
Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

All Entities  
Various

| Debtor Entity Name | Relationship to Debtor | Insider Name | Address | City | State | Zip | Date of Payment | Total Amount | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|
| 1146 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/18/2022 | 49.00 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/18/2022 | 10,496.41 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/18/2022 | 30,866.32 | Expense Reimbursement |
| 3118 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/18/2022 | 2,565.13 | Expense Reimbursement |
| 2816 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/10/2022 | 1,501.65 | Expense Reimbursement |
| 7695 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/10/2022 | 672.60 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/10/2022 | 7,963.93 | Expense Reimbursement |
| Velex, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/10/2022 | 70,979.64 | Expense Reimbursement |
| 3118 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/10/2022 | 4,286.66 | Expense Reimbursement |
| 8634 Dissolution, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 8/10/2022 | 863.39 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 7/31/2022 | 3,956.34 | Regular Salary |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/30/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 6/30/2022 | 3,956.34 | Regular Salary |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/31/2022 | 3,956.34 | Regular Salary |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 5/6/2022 | 4,382.67 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/30/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/30/2022 | 3,956.34 | Regular Salary |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/14/2022 | 5,343.00 | Expense Reimbursement |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 11.50 | GTL |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/31/2022 | 3,956.34 | Regular Salary |
| Nexius Solutions, Inc. | Executive Chairman | Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/11/2022 | 3,689.20 | Expense Reimbursement |

**SOFA Part 13, Question 25**  NWon, LLC
**Other businesses in which the Debtor has or has had an interest**  Unknown

| Name | Address1 | City | State | Zip | Taxpayer ID No. (EIN) | Nature of Business | Dates Business Existed To: | Present: |
|---|---|---|---|---|---|---|---|---|
| 2816 Dissolution, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 38-4102816 | 5416 NAICS | | X |
| 1146 Dissolution, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 81-4831146 | 5416 NAICS | | X |
| 7695 Dissolution, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 32-0587695 | 5416 NAICS | | X |
| 3118 Dissolution, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 30-1163118 | 5416 NAICS | | X |
| 8634 Dissolution, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 84-4183684 | 5416 NAICS | | X |
| Velex, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 46-2774079 | 5416 NAICS | | X |
| Nexius Solutions, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 27-2863174 | 5416 NAICS | | X |
| Polex, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 84-3355868 | 5416 NAICS | 11/7/2022 | |
| Allios Services, Inc. | 2051 Midway Road | Lewisville | TX | 75056 | 86-2292607 | 5416 NAICS | 12/16/2022 | |

**SOFA Part 13, Question 26a**  
**Bookkeepers and accountants used within 2 years of commencement of this case**

NWon, LLC  
Unknown

| Name | Address1 | Address2 | City | State | Zip | Country | Dates of Service From: | Dates of Service To: |
|---|---|---|---|---|---|---|---|---|
| Novelus | B115 Center | Mirna Chalouhi Highway Itihad Intersection | Beriut | | | Lebanon | 1/1/2020 | Present |
| RSM US LLP | 1861 International Dr | Suite 400 | Mclean | VA | 22102 | | 1/1/2020 | 12/1/2022 |
| Justin Chapman | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/16/2018 | Present |
| Michael Garmon | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/11/2019 | 10/19/2022 |
| Larry LeBlanc | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/12/2020 | 8/31/2022 |
| Jen Billows | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/29/2021 | 10/14/2022 |
| Ryan Underwood-Rodriguez | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/29/2021 | 8/11/2022 |

**SOFA Part 13, Question 26b**  
**Firms or individuals who audited the books and records or prepared a financial statement within 2 years preceding commencement of this case**

NWon, LLC  
Unknown

| Name | Address1 | Address2 | City | State | Zip | Country | Dates of Service From: | Dates of Service To: |
|---|---|---|---|---|---|---|---|---|
| Novelus | B115 Center | Mirna Chalouhi Highway Itihad Intersection | Beriut | | | Lebanon | 1/1/2020 | Present |
| RSM US LLP | 1861 International Dr | Suite 400 | Mclean | VA | 22102 | | 1/1/2020 | 12/1/2022 |
| Justin Chapman | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 4/16/2018 | Present |
| Michael Garmon | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/11/2019 | 10/19/2022 |
| Larry LeBlanc | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 10/12/2020 | 8/31/2022 |
| Jen Billows | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 3/29/2021 | 10/14/2022 |
| Ryan Underwood-Rodriguez | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | 11/29/2021 | 8/11/2022 |

**SOFA Part 13, Question 26c** — NWon, LLC
**Firms or individuals in possession of the books of account and records as of commencement of this case** — Unknown

| Name | Address1 | Address2 | City | State | Zip | Country | If any books and records are unavailable, provide explanation. |
|---|---|---|---|---|---|---|---|
| MNS South, LLC | 800 S. Douglas Road | | Coral Gables | FL | 33134 | | |
| Novelus | B115 Center | Mirna Chalouhi Highway Itihad Intersection | Beriut | | | Lebanon | |
| RSM US LLP | 1861 International Dr | Suite 400 | Mclean | VA | 22102 | | |
| Justin Chapman | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | |
| Michael Garmon | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | |
| Larry LeBlanc | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | |
| Jen Billows | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | |
| Ryan Underwood-Rodriguez | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | |

**SOFA Part 13, Question 26d**  NWon, LLC
**Creditors and other parties to whom a financial statement was issued within 2 years preceding commencement of this case**  Unknown

| Name | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| PNC Bank, NA | 8080 N Central Expressway | | Dallas | TX | 75206 | |
| Santander Bank | 437 Madison Ave | | New York | NY | 10022 | |
| BOKF, NA dba Bank of Texas | 7600 W. Northwest Highway | 2nd Floor | Dallas | TX | 75225 | |
| MNS South, LLC | 800 S. Douglas Road | | Coral Gables | FL | 33134 | |
| Circet | 14, avenue Lion | | Sollies-Pont | | 83210 | France |
| Blue Torch Capital | 150 E. 58th Street | 39th Floor | New York | NY | 10155 | |

**SOFA Part 13, Question 29**  
**Officers, Directors, Managing Members, Controlling Shareholders, etc. who withdrew within 1 year preceding commencement of the case**

NWon, LLC  
Unknown

| Name | Address1 | City | State | Zip | Position | Nature of any interest | Period during which Position/Interest was Held: From | Period during which Position/Interest was Held: To |
|---|---|---|---|---|---|---|---|---|
| Nabil Taleb | Available Upon Request | Available Upon Request | Available Upon Request | Available Upon Request | Shareholder | Preferred Stock | May 2013 | January 2023 |